## UNITED STATES DISTRICT COURT
District of Maine

### Bench Trial - Witness List

| Case Name: Richard E Kaplan v. First Hartford Corporation et al<br>Case No.: 1:05-cv-144-DBH | | Proceeding Type: Bench Trial |
|---|---|---|
| Presiding Judge: D. Brock Hornby | Plaintiff's Attorney:<br><br>Thomas C. Newman<br>Sarah A. McDaniel<br>Larry C. Kenna<br>Robert Rothberg<br>Eric W. Wodlinger | Defendant's Attorney:<br><br>First Hartford:<br>Peter W. Culley<br>Gavin G. McCarthy<br>John B. Nolan<br><br>Neil Ellis:<br>Joseph H. Groff III<br><br>Amicus:<br>Robert S. Frank |
| Courtroom Deputy: L.N. Downs | | |
| Contract Court Reporter:<br>07/24/2008, Daphne G. Estes, The Reporting Group<br><br>Court Reporter: 07/25/2008, Lori Dunbar | | |

| Pla | Dft | Date | WITNESS |
|---|---|---|---|
| | | | **BENCH TRIAL - DAY ONE** |
| X | | 07/24/08 | Guilliaem Aertsen |
| | X | 07/24/08 | Timothy Riddiough |
| | | | **BENCH TRIAL - DAY TWO** |
| | X | 07/25/08 | Timothy Riddiough |
| | X | 07/25/08 | Nancy Fannon |
| | X | 07/25/08 | David Harding |
| | X | 07/25/08 | Richard E. Kaplan |
| X | | 07/25/08 | Guilliaem Aertsen |