**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **RICHARD E. KAPLAN,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 05-144-B-H |
| | ) | |
| **FIRST HARTFORD CORPORATION** AND **NEIL ELLIS,** | ) ) ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## ORDER ADOPTING THE FOURTH REPORT OF THE SPECIAL MASTER

On October 14, 2010, George J. Marcus, the Special Master appointed in this case, submitted the Fourth Report of the Special Master.

On October 21, 2010, objections to the Report were filed by the plaintiff and the defendants, respectively. The plaintiff filed a response to the defendants' objections on November 8, 2010. The plaintiff's objections to the Report are **SUSTAINED**. The defendants' objections to the Report are **OVERRULED**.

Following a *de novo* review of the Fourth Report of the Special Master, the Report is **ADOPTED**. I will proceed to enter final judgment accordingly, and counsel shall provide the necessary exhibits to the Clerk's Office.

**SO ORDERED.**

**DATED THIS 9TH DAY OF NOVEMBER, 2010**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**